**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RUSTY LUGO, | ) | NO. CV 08-3166-GHK(E) |
|         Plaintiff, | ) | |
|    v. | ) | JUDGMENT |
| JOHN ARMANDO, et al., | ) | |
|         Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: _____9/16_____, 2008.

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE