**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RUSTY LUGO, | ) NO. CV 08-3166-GHK(E) |
| Plaintiff, | ) |
| v. | ) ORDER ADOPTING FINDINGS, |
| JOHN ARMANDO, et al., | ) CONCLUSIONS AND RECOMMENDATIONS |
| Defendants. | ) OF UNITED STATES MAGISTRATE JUDGE |

IT IS ORDERED that: (1) the Report and Recommendation of the Magistrate Judge is approved and adopted; and (2) Judgment shall be entered dismissing the action without prejudice.

IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order and the Judgment of this date on Plaintiff.

DATED: _____9/16_____, 2008.

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE